NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3276

### ARTHUR L. STONE

Petitioner,

v.

### MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board
in PH0353080480-I-1

ON MOTION

### ORDER

The Department of Homeland Security moves without opposition to reform the official caption to designate the Merit Systems Protection Board as the respondent.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to reform the caption is granted. The revised official caption is reflected above.

FOR THE COURT

NOV 1 9 2009

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Dennis L. Friedman, Esq.
         David D'Alessandris, Esq.
         Joyce G. Friedman, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 1 9 2009

JAN HORBALY
CLERK